(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

De-Shawn Drumgo SR #365566

De-Shawn B. Drumgo SR

One hundred and fifteen man & witnesses

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Warden David Pierce, Comm. Perry Phelf, Gov John Carney, Major Carrothers, John Does of All Agencies Involved, Marvel, Mitchell, Beale, Deputy Warden Parker, Maryland And Delaware State Police On SWAT Team

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

Civ. Action No. _____
(To be assigned by Clerk's Office)

# COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☑ Yes
☐ No

Demand: 1.5 million

Suing in both official capacity And individual capacity for punitive And monetary damages

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Drumgo De-Shawn D
Name (Last, First, MI)      Aliases

# 00365566
Prisoner ID #

J.T.V.CC.
Place of Detention

1181 Paddock road
Institutional Address

Smyrna    DE    19977
County, City    State    Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Warden David Pierce
Name (Last, First)

Warden at J.TVCC
Current Job Title

1181 Paddock road
Current Work Address

Smyrna          DE          19977
County, City    State       Zip Code

Defendant 2: Commissioner Perry Phelps
Name (Last, First)

Commission of DOC
Current Job Title

245 McKee Road
Current Work Address

Smyrna          DE          19977
County, City    State       Zip Code

Deputy Warden Parker
Deputy Warden
1181 Paddock road
Smyrna, DE 19977

3

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

**Defendant(s) Continued**

Defendant 3: State Police John Does Also officer Marvel, Beale, Mitchell
Name (Last, First)

Police office And Correctional officer
Current Job Title

Unknown (The Defendants would have to Release Names of All officers who Raided B-tier in C-Bldg 5:06 Am
Current Work Address

_____ _____ _____
County, City    State    Zip Code

Defendant 4: Security Chief (MAJOR Carrothers)
Name (Last, First)

Security Chief
Current Job Title

1181 Paddock Road
Current Work Address

Smyrna, DE 19977
County, City  State  Zip Code

Defendant 5: Governor Carney

Governor

Delaware    Address Unknown

4                                    Page 4 of 10

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## V. STATEMENT OF CLAIM

Place(s) of occurrence: J.T.V.CC. C-Bldg

Date(s) of occurrence: February 1st, 2017

State which of your federal constitutional or federal statutory rights have been violated: Fifth, 10th, 8th And 14th Amendment

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> What happened to you?

"Imminent Danger" and under Serious Physical Injury I the Plaintiff swear and verify this Complaint. I De-Shawn Drumgo have suffered a brutal beating while zip tied my hands And or nerves are still numb after my hands turned blue & Purple this beating was given by the hands of State Police Maryland Police, DOC officer's And others John Does I believe Also Some officers Named beale, mitchell and murriel also J.T.V.C.C. Constantly invokes security threw out litigation However that've failed to Protect me from, A) Being taken Hostage and B) Being Brutally beaten while zip tied (handcuffed) which my hands Are still numb from. Over 100 men were Assaulted while zip tied this was No Justice! This was white Nationalism, fascism, hatred and Promotion of more hatred more breeding of Munster's who evidentually do not forget Being A tortured Captive. I sought the Police As A force of Rescue but instead I Got Nothing More that blood thirsty Rabid Dog's seeking Nothing More than Revenge trying to kill me

5

Page 5 of 10

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

**Who did what?**

While being beaten it was as if my Spirit or Soul left my body And I was looking down at my corpse or body being beaten I could see those Resting in Peace. Travon Martin, Michael Gardner, Sandra Bland, Rodney King, Martin Luther King then those who lost their lives due to J.T.V.C.C. Jason Cunningham, Robert Shoule, Arias & Blaise P. DeJesus Jermaine Lamar Wilson. I started to think of how their was No Ceremony, No Abligy No horn's blown, No Salute, Nor Even A Conviction for those who died in Custody families All that was being Given was more hatred He those crooked Official's Punched And kicked me Calling me Nigger!

I'm Requesting A immediate Injunction because I've submitted numerous sick calls for my Injury(s) however I wasn't called to a Nurse until my face had healed the swelling went down the Pain in my Temple continues After my face had scabbed I was given Bactricin my Ribs feel Shattered And I Need to see A Doctor on the outside for A Real Factual Opinion for some Reason it hurts to Cough And I can't stop Coughing I requested A treatment for the Nebulizer for my Asmthatic Condition and or Chronic Care but have not received Yet And I just keep Coughing like I have Pneumonia from being forced to walk Barefooted for 1 or 2 miles Please Read my Sworn & verified Complaint. I was deprived Clothing Top & Bottom Pants, Boxers, Socks Sheets, Blanket Basic Neccessities for 9 day direct violation of the 8th Amendment I filed Grievances to No Avail. I'm Also suffering of Nightmares And Flashbacks of Grenades Going off People hollering & screaming and Authorities calling me Nigger while beating me I've filed sick call's to mental health all they say is I will see the Provider. to No Avail.

Page

6

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

Department of Corrections and Governor John Carney is Responsible for the following:

**Was anyone else involved?**

1) Denial of Due Process
2) Excessive force
3) Deliberate indifference to my Medical needs
4) Failing to Protect After invoking security
5) Destroying And or Depriving me of my litigation Adequate Access to Courts

A) Failing to Protect me from becoming a hostage held for 18 hours

B) Not Protecting me from the Beating of it's Underlings And Authorities

C) Not making sure I recieve Adequate Medical Care

D) For Depriving me of my Property on many levels most Importantly my litigation my LEGAL work where I have 7 open cases (Transcripts)

E) For Depriving me of my Property shower shoes Hygiene Basic Neccessities, Deodorant, 2 Pair Sneakers Head Phones, Prayer Rug, Kufi, Transcripts, Radio, TV, Photo Album Pictures of my Dead Grandmother. Everything Every single thing I've owned in 10 years. My Cell was far from Crime Scene

F) For having me housed in A "medium high" housing Unit when I've been classified to medium since March of 2016. Deputy Warden Parker and J.T.V.C.C. is Responsible for Placing me in this war zone. Now I'm housed in Maximum-security with no write-up No charge of any sort No Due Process

7

Page

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

> **Who did what?**

G) I'm Retaining The National Legal Proffessional Associates And I Need my transcripts to be able to turn over to them Immediately. This is Certainly Denying me Adequate Access to the Courts that my Freedom of Exoneration.

Despite being classified as medium in 2016 at Waller Jeverman I was wrongfully housed in C-Bldg in which A hostage situation occurred Due to the Constant smoke & fire burning creating A constant cloud of smog this caused me to suffer Problems breathing And trying to cover my face with A old hat which did not stop the sut from clogging my Nasal Passage when I sniffed water And Blew out water that came out was black and smell horrible. (Chronic Care Patient)

On this February 1st 2017 I was locked in my cell for what seemed to be 18 hours finally toward the End I heard what seemed to be Flash bang grenades Approximately this went off. Creating very loud sounds

I could here the State Police And or John Does And or D.O.C. officer's screaming and yelling those animal's killed him their All Guilty!!! I could next here the cell doors being open and it seemed in every cell they created A hysteria and or frivolous Commotion to be Able to say Stop resisting or lay down I could hear many different Prisoners being beaten and hollering I'm not Resisting then the officers saying Shut the Fxxk UP!!!

The officer's even beat the Prisoner's that were still and the other's who said we helped Protect the Counselor. As I layed faced down with two other in my cell (Prisoner's) The 2 Prisoner said man they must have found someone dead man their going to kill our Axx.

I still layed waiting on the I thought to be "rescue unit" to no Avail as soon as the Door open the rushed the cell the short officer (John Does) stepped directly on my head down my back blunging down and started punching me in my back despite my hands were Already behind my back the officer then twisted my thumbs and pulled the zip tie as tight as he possibly could Punching me again saying stop resisting the whole time I not once resisted. So I said to him as clearly as possibly I'm not resisting so then he punched me in the left side of my face breaking my glasses. Maliciously And sadistically for the Purpose of harm

9

the one little short officer (John Doe) is taking my sneakers and or pulling my feet instead of simply taking my shoes off while I was face down tied up.

So as the short officer with the little man complex is taking my sneakers he say's Yeah Now those are my Jordans Bixxh! As I'm being ordered to stand by all these officers I stumble into a free fall where the little short coward of a officer Punches me in the temple I fall forward toward the cell door They All Yell Get the Fxck up!!! As I reach the cell door I can see what seems to be a soul train line of officer's who all punched and kicked me causing me to slide down the wet flooded hallway. I was called everything from mother fxcker to Nigger! to stupid fuxking Nigger while being beaten.

I was dragged and beaten from b tier all the way to the yard once I was in the yard the officer (John Doe) stomped my head into the ground causing my shin to cut and tear and then the right side to strawberry.

I was punched and choked a officer pushed his knuckles in my ear & between my jaw and neck then another officer sprayed his pepper spray up my right nostril causing me A excruciating Pain Causing me Pain in my sinus and coughing out pepper spray I scream I have Asmtha And Your trying to kill me! All this happen while laying on Ice cold Pavement of 30 degree wet for what seemed like forever. I was walked to medical barefooted my pant's and short's fell off I was being Paraded in my under garments. I could feel my Ribs cracking And had problem's breathing I explained to the Nurse I asked to take pictures of my injuries No Avail. I was walked A mile or two barefoot in UnderArmour 5:55 Am Paraded I recieved No treatment when C.O. Woloshin

10

are purple and blue, he tried to cut the tie but I felt a excruciating pressure and hollered finally he found a way for that I am forever grateful. → (Nerve Damage hands are still numb)

(Marvel Beale Mitchell James mentioned)

---

Now to my property I recieved a brief from the 3rd circuit court of Appeals and or the Defendant Dorawit Stuart Reply in which I had a deadline to reply to I wrote the Law Library, I wrote Property I asked numerous officers about my legal work so I filed a grievance to no Avail. I asked officers daily some or most said it was intentionally destroyed along with 120 other's property this had to be done by the officers because I was in the last load of prisoners no one was left behind unsupervised but DOC and or the State Police most of my property was in a locker box. The rest was packed up already on my bedspace or frame I asked A Lieutenant who said my property and the C Bldg property is in the Gym but when we ask any other officer they either go silent or say it's been destroyed and should have been and that they should condemn the whole C Bldg. This deprivation is causing me A serious hardship No Legal Work (Appeals Efforts of freedom Endese) Transcripts deprived. My Family Photo's No Shower Shoes No Sneakers I suffer of Athletic foot No Hygene Soaps of commissary I'm Allergic to State Soap. Then I'm suffering of PTSD And Flashback's of this Attack by what seemed to be a puck of wolves with cert and police on the Chest, Back If this was justice I hate to see what crime is. I Swear & Verify this Compliant,

D. Drumgo 2- -17

Deshawn Drumgo SR #365586

11

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution?  ☑ Yes  ☐ No

Have you filed a grievance concerning the facts relating to this complaint?  ☑ Yes  ☐ No
    If no, explain why not:

Is the grievance process completed?  ☑ Yes  ☐ No
    If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

to have J.T.V.CC And or Doc Compensate me for A Brutal Assault by their official who beat me while ziptied. Secondly I would like the Court to Doc And or JTVCC turn over my Legal work And Doc ment $300 in food Commissary Shower Shoes Clothes, TV, Radio, Prayer Rug, Kufi, 2 Pairs of Sneakers, Michael Jordan's And Air ones And the list Goes on to My Photo Album pictures of my Deceased Grand mother.

12

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?  ☑ Yes ☐ No

If yes, how many? __6__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Currently I am being deprived of All Property so I am unable to remember All my case Numbers But I'm Giving what I can Remember to the best of my Knowledge

1:08-cv-00592 Drumgo V Brown (Remanded in 3rd Cir
1:12-cv-       Drumgo V Burns
1:12-cv-       Drumgo V Radcliffe
1:14-cv- 01134 Drumgo V
1:14-cv- 01135 Drumgo V Kuschel Sexual Assault
1:14-cv- 01136 Drumgo V

To the best of my Knowledge

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

_____

_____

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

_____2-20-17_____     _____[signature]_____
Dated                   Plaintiff's Signature

_____Drumgo DeShauwn_____
Printed Name (Last, First, MI)

_____#365566_____
Prison Identification #

_____1181 Paddock Road_____ ___Smyrna___ ___DE___ ___19977___
Prison Address                  City         State    Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**