7-27-18

TO: The United States District of Delaware

RE: Change of Address Once Again

FILED
AUG 0 1 2018
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Case No: 1:14-cv-01134-GMS
1:14-cv-01135-GMS
1:14-cv-01136 GMS
1:17-cv-00188-GMS

From: De-Shawn Drumgo SR NC1640
SCI - Dallas
1000 Follies Road
Dallas, Pennsylvania 18612

7-22-18

Clerk of the Court, How are You? Could You Please let me know if their has been A Decision in Case NO 1:14-CV-01135 GMS or 1:14-cv-01134 GMS or 1:14-cv-01136 or 1:17-cv-00188. Currently while I've been transferred I've Also been without my Property it Possible Could You Print me Docket sheets
Thank You for Your time & Efforts  Respectfully submitted
D. Drgo

---

TO: Honorable Judge Sleet                              7-27-18
RE: Docket / Updates
From: Pro se litigant De-Shawn Drumgo SR NC1640

Hon. Judge Gregory Sleet, How are You? As for me transferred once again and Currently without my Property is it Possible that You Could have the Clerk of the Court send me Copies of the Docket for my Active Cases Please. Because I'm Clueless As to Your Decision in 1:14-cv-01135 GMS / 1:14-cv-01134 GMS And 1:17-cv-00188 GMS And their was A Discrepency with the latest case service And or Serving the officer I need instructions of how to serve them or Where Please. Again I'm without my Property And would like to Reply and Respond promptly. Thank you for your time & Effort
D. Drgo

NAME De-Shawn Drumgo sr
NUMBER NC1646
State Correctional Institution at Dallas
1000 Follies Road
Dallas, Pennsylvania 18612

INMATE MAIL
PA DEPT. OF CORRECTIONS

FILED
AUG 01 2018
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

'Inmate mail'

U.S. POSTAGE >> PITNEY BOWES
ZIP 18612
02 4W
0000356685   $ 000.47⁰
JUL 30 2018

To: United States District Court
for Delaware (Honorable Judge Slect)
844 N. King Street Lockbox #18
Wilmington, Delaware
19801

X-RAY

1980135519 0012