IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DESHAWN DRUMGO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civ. No. 17-188-GMS |
| | ) |
| JOHN DOES OF ALL AGENCIES INVOLVED, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 7th day of September, 2018;

IT IS HEREBY ORDERED that:

1. On or before October 8, 2018, the Delaware Department of Correction and the Delaware Department of Justice shall provide the Clerk of Court, under seal, the last known addresses of the defendants Officer Beale, Officer Marvel, and Officer Mitchell, all of whom have declined to waive service of summons and complaint

2. The Clerk of Court shall notify the Delaware Department of Correction and the Delaware Department of Justice of this order via electronic notification.

_____
UNITED STATES DISTRICT JUDGE